IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED AND ENTERED**

MAY 2 1 2004

Denise H. Curtis, Clerk
U.S. Bankruptcy Court for D.C.

| | | |
|---|---|---|
| In Re: | : | |
| **DARRYL HILL** | : | |
| | : | |
| Debtor | : | Case No. 03-1978 |
| | : | (Chapter 7) |
| .... .... .... .... .... .... | : | |
| **LOUISE HACKETT** | : | |
| Plaintiff | : | |
| | : | Adv. Pro. No. 04-10012 |
| v. | : | |
| **DARRYL HILL** | : | |
| Defendant | : | |

**ORDER DISMISSING COMPLAINT**

THIS MATTER came on Motion of the defendant, DARRYL HILL, by counsel, for the entry of an Order Dismissing the Complaint as having been untimely filed, and upon argument of counsel, and for the reasons stated from the bench, the defendant's Motion is hereby GRANTED, and this Adversary Proceeding is hereby DISMISSED, ~~with prejudice.~~ as time-barred. *(MT)*

SIGNED this /8th day of May, 2004.

_____
**Hon. S. MARTIN TEEL, Jr.**
UNITED STATES BANKRUPTCY JUDGE

copies to:


RICHARD G. HALL, Esquire
Counsel for the defendant
4208 Evergreen Lane, Suite 234
Annandale, Virginia   22003
(703)256-7159
DC Bar No. 382940

Carl Messineo Esquire, and
Mara Verheyden-Hilliard
counsel for the plaintiff
PARTNERSHIP FOR CIVIL JUSTICE, INC.
Suite 607
1901 Pennsylvania Avenue, N.W.
Washington, D.C., 20006.